

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Mark Werner Brunner,<br><br>Defendant. | CR 10  040 PHX SRB MHB<br><br>**I N D I C T M E N T**<br><br>VIO: 18 U.S.C. § 876(c)<br>(Mailing Threatening Communications)<br>Count 1<br><br>18 U.S.C. § 1038(a)(1)(A)<br>(False Information and Hoax)<br>Counts 2 and 3 |
|---|---|

THE GRAND JURY CHARGES:

<u>COUNT 1</u>

On or about September 28, 2009, in the District of Arizona, defendant MARK WERNER BRUNNER knowingly deposited in the United States mail, with intent to threaten, a communication, addressed to the Clerk of the United States District Court in Phoenix, Arizona, containing a threat to injure the person of another, specifically judges of the United States District Court by threatening to kill them.

In violation of Title 18, United States Code, Section 876(c).

<u>COUNT 2</u>

On or about September 30, 2009, in the District of Arizona, defendant MARK WERNER BRUNNER, engaged in conduct with intent to convey false or misleading information under

1  circumstances where such information may reasonably be believed and where such information
2  indicated that activity had taken place that constituted a violation of Chapter 10 of Title 18,
3  United States Code, that is, conducting a hoax biological attack by mailing an envelope to the
4  United States District Court, in Phoenix, Arizona, and enclosing a white powdery substance and
5  enclosing a letter with a list of names within.
6      In violation of Title 18, United States Code, Section 1038(a)(1)(A).

7                        COUNT 3

8      On or about November 12, 2009, in the District of Arizona, defendant MARK WERNER
9  BRUNNER engaged in conduct with intent to convey false or misleading information under
10 circumstances where such information may reasonably be believed and where such information
11 indicated that activity had taken place that constituted a violation of Chapter 10 of Title 18,
12 United States Code, that is, conducting a hoax biological attack by mailing an envelope
13 addressed "ATT FBI Dept" to the United States District Court, in Phoenix, Arizona, and
14 enclosing a white powdery substance within the envelope.
15     In violation of Title 18, United States Code, Section 1038(a)(1)(A).

16                       A TRUE BILL

17
18                 s/
                FOREPERSON OF THE GRAND JURY
19                 Date: January 12, 2010

20 DENNIS K. BURKE
    United States Attorney
21 District of Arizona

22   s/
    JOHN BOYLE
23 Assistant U.S. Attorney

24
25
26
27
28

                      2